**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INFORMATION** |
| | : | |
| **vs.** | : | **CRIMINAL NO. 5:26-CR- _____** |
| | : | |
| **SANTEVA SPEIGHTS** | : | **VIOLATIONS:** |
| | : | **26 U.S.C. § 7206(2)** |
| | : | |
| | : | |
| | : | |
| _____ | : | |

**THE UNITED STATES ATTORNEY CHARGES:**

**BACKGROUND**

At all times material to this Information:

1.      Defendant SANTEVA SPEIGHTS was a U.S. citizen and a resident of the Middle District of Georgia.

2.      SPEIGHTS was a paid tax return preparer who managed Business A, a return preparation business located in Milledgeville, Georgia, within the Middle District of Georgia.

3.      The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

4.      Form 1040, *United States Individual Income Tax Return* ("Form 1040"), is an annual income tax return used to report an individual taxpayer's income, deductions, credits, and other matters relevant to the assessment of federal income tax due by the taxpayer to the United States.

5.      Form 7202, "*Credits for Sick Leave and Family Leave for Certain Self-Employed Individuals,*" is an IRS form that a taxpayer would attach to a Form 1040 when applicable to report,

among other things, credits for leave taken due to certain COVID-19 related circumstances such as quarantine, caregiving, and school closures.

6.      SPEIGHTS prepared federal income tax returns for clients containing materially false and fraudulent claims. SPEIGHTS assisted at least two individuals, without their knowledge, to file false and fraudulent income tax returns for the tax year 2021 by submitting a Form 7202 with the clients' regular Form 1040 despite the clients being ineligible for the sick leave and family leave credit. The tax loss associated with those false returns is approximately $28,490.00.

7.      The chart below summarizes how the tax loss figure was calculated by listing the taxpayer, the tax year, and the amount of the fraudulent refund or tax loss.

## COUNTS ONE AND TWO
### (TAX FRAUD)

8.      The factual allegations contained in Paragraphs 1 through 7 of this Information are re-alleged and incorporated into Counts 1 and 2 herein by reference.

9.      On or about the dates set forth below, in the Middle District of Georgia, the Defendant SANTEVA SPEIGHTS, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the United States Internal Revenue Service Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and calendar years set forth below, which were false and fraudulent as to a material matter. The returns were false and fraudulent as to material matters in that they reported false credits via Form 7202. The defendant then and there well knew and believed that the sick leave and family leave credits, as reported, were false, and that the taxpayers were not entitled to the credits for sick leave and family leave claimed on these returns, resulting in the approximate tax loss listed below, with each return constituting a separate count of this Indictment.

2

## SUMMARY OF COUNTS AND TAX LOSS

| Count | Taxpayer | Tax Year | Approx. Date of Filing | False Statement | Amount of Credit Claimed | Tax Loss |
|-------|----------|----------|------------------------|-----------------|--------------------------|----------|
| 1 | T.S. | 2021 | 02-02-2022 | Form 7202 | $13,310.00 | $13,310.00 |
| 2 | L.B. | 2021 | 01-31-2022 | Form 7202 | $15,180.00 | $15,180.00 |
| | | | | | **Total Tax Loss:** | $28,490.00 |

All in violation of Title 26, United States Code, Section 7206(2).

Presented by:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

_____
JULIUS J. JEFFERSON
Assistant United States Attorney

Filed in open court this 25th day of June , 2026.

s/ C. Alston
_____
Deputy Clerk

3